JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Patrick Hirsch, | ) | CV 12-01269 RSWL (MRWx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Compton Unified School District, a public entity, | ) | |
| | ) | |
| Defendant. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Patrick Hirsch ("Plaintiff") and against Defendant Compton Unified School District.

///
///

1

1 | The Court awards Plaintiff $51,850 in attorneys'
2 | fees.
3 |
4 | **IT IS SO ORDERED.**
5 | DATED: February 6, 2013

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2