JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Patrick Hirsch, | ) | CV 12-01269 RSWL (MRWx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Compton Unified School District, a public entity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Patrick Hirsch ("Plaintiff") and against Defendant Compton Unified School District.

///

///

1

1    The Court awards Plaintiff $51,850 in attorneys'

2  fees.

3

4  **IT IS SO ORDERED.**

5  DATED: February 6, 2013

6

7                              RONALD S.W. LEW

8  **HONORABLE RONALD S.W. LEW**
   Senior, U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2